AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Kelsie Kimberlin, et al. *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00007-TSC |
| Russian Federation, et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Russian Federation .

Date: 11/02/2026

/s/ Bruce S. Marks
*Attorney's signature*

Bruce S. Marks, Esq. (CO0034)
*Printed name and bar number*

Marks & Sokolov, LLC
1835 Market St., Ste 1205
Philadelphia, PA 19103
*Address*

marks@mslegal.com
*E-mail address*

(215) 569-8901
*Telephone number*

(215) 569-8912
*FAX number*